■ In the Matter of WOLFGANG S. SZABO against HONEY WIESEL, as Executrix of ELIZABETH SZABO, Deceased, et al.— Motion and cross motions granted insofar as to permit the appeal to be heard on the original record, without printing the same, and upon typewritten or mimeographed appellant's and respondents' points, on condition that the appellant serves one copy of the typewritten or mimeographed appellant's points on the attorneys for each of the respondents and files 6 typewritten or 19 mimeographed copies thereof, together with the original record with this court on or before September 9, 1960, with notice of argument for the October 1960 Term of this court, said appeal to be argued or submitted when reached. Each respondent is to serve one copy of their respondents' typewritten or mimeographed points upon the attorney for the appellant on or before September 24, 1960, and is to file 6 typewritten or 19 mimeographed copies thereof with this court. Concur — Breitel, J. P., Rabin, M. M. Frank, Valente and Stevens, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. MARIE STAVIES, on Behalf of MARTIN ROTHSTONE, an Incompetent against EDWARD V. LOUGHLIN, Committee of the Person and Property of MARTIN ROTHSTONE, an Incompetent, et al.— Motion to dismiss appeal granted, with $10 costs, unless the appellant argues or submits the appeal on May 24, 1960. Concur — Botein, P. J., Breitel, Rabin, Valente and Stevens, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. MARIE STAVIES, on Behalf of MARTIN ROTHSTONE, an Incompetent against EDWARD V. LOUGHLIN, Committee of the Person and Property of MARTIN ROTHSTONE, an Incompetent, et al.— Motion to modify order of this court, entered April 19, 1960, and to permit appellant to notice her appeal for argument for May 24, 1960 granted. Concur — Botein, P. J., Breitel, Rabin, Valente and Stevens, JJ.

## (May 13, 1960)

■ LOUIS GANDINO, Respondent, v. WILLIAM L. CROW CONSTRUCTION COMPANY, Defendant-Appellant and Third-Party Plaintiff-Appellant. LA SALA MASON CORPORATION, Third-Party Defendant-Respondent.— Judgment unanimously modified on the law and on the facts, to the extent of reversing the judgment in favor of plaintiff-respondent as against defendant-appellant William L. Crow Construction Company on the ground of the excessiveness of the verdict and ordering a new trial as to said defendant-appellant and, as so modified, the said judgment is affirmed, with costs to the defendant-appellant against the plaintiff-respondent and to the third-party defendant-respondent against defendant-appellant, unless the plaintiff stipulates to reduce the verdict to the sum of $25,000, in which event the judgment, as so modified, is affirmed, with costs to the defendant-appellant against the plaintiff-respondent and to the third-party defendant-respondent against defendant-appellant. It does not appear from the record that the later knee injuries of which plaintiff complained were proximately caused by the accident, and a verdict which obviously includes compensation therefor is, to that extent, against the weight of the credible evidence. Settle order. Concur — Breitel, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ In the Matter of CHARLES L. KADES, Respondent, against PATRICIA KADES, Appellant.— Order unanimously affirmed, without costs, with leave to appellant to serve an answer to the petition within 10 days after service of a copy of the order entered herein, with notice of entry thereof. Concur — Botein, P. J., Breitel, Rabin, Valente and Stevens, JJ.